UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ASHTON OPTICAL IMPORTS, INC. doing business as
OSA INTERNATIONAL,

           Plaintiff,

-v-

PRESTIGE OPTICAL, INC.;
VIOLET STERN; and, ANGELA STERN;

           Defendant.

Case No.

08 CV 3558

JUDGE RAKOFF

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for <u>Plaintiff Ashton Optical Imports, Inc.</u> (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Date: _____April 11, 2008_____

_____
Signature of Attorney

Attorney Bar Code: RLT 1027